**ORIGINAL**  **SEALED** 

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| v. | |
| CARRIE MONROE | Criminal No. 3-24CR-362-M |

# INDICTMENT

The Grand Jury charges:

### Introduction

At all times material to this Indictment, unless otherwise indicated:

1. The defendant, **Carrie Monroe** (hereinafter **Monroe**), was a resident of Dallas, Texas.

2. Boarding Homes DFW Corporation was a Texas for-profit corporation. **Monroe** was a director.

3. Trinity Whole Classical Care LLC was a Texas limited liability company. **Monroe** was the registered agent.

4. Kelly Cares was a Texas nonprofit corporation. **Monroe** was the registered agent.

5. The Paycheck Protection Program ("PPP"), implemented by the Small Business Administration, was a COVID-19 relief program that, among other things, provided small businesses with forgivable loans to pay for payroll and certain other

Indictment—Page 1

expenses. Under the PPP, participating third-party lenders approved loan applications and disbursed PPP loans to qualifying businesses.

6. To obtain a PPP loan, a business was required to submit a PPP loan application to a third-party lender. In the PPP loan application, the business was required to state, among other things, the business's average monthly payroll expenses and its number of employees. This payroll information was used to calculate the amount of funds that the business was eligible to receive as a PPP loan.

7. The COVID-19 Economic Injury Disaster Loan (EIDL) Program provided funding to help small businesses recover from the economic impacts of the COVID-19 pandemic. EIDL loans were processed and funded by the Small Business Administration (SBA). EIDL applicants used the SBA online portal to submit personal and business information in support of each EIDL application.

8. First National Bank, Wells Fargo, and VeraBank, N.A. were all financial institutions that participated in the PPP as third-party lenders. Additionally, the deposits of these financial institutions were insured by the Federal Deposit Insurance Corporation. Resource One Credit Union was a financial institution insured by the National Credit Union Administration Board.

9. Beginning about April 2020 and continuing through at least in or about May 2021, in the Dallas Division of the Northern District, **Monroe** obtained, and attempted to obtain, PPP and EIDL loans on behalf of entities that she owned and controlled, including Trinity Classic Care, Boarding Homes DFW Corporation, Trinity

Whole Classical Care, Kelly Cares, and Emergency Snack Mobile, by misrepresenting in the loan applications for each business certain material facts.

10. Specifically, **Monroe** prepared and submitted, and caused to be prepared and submitted, false and fraudulent PPP loan applications to financial institutions in which she made multiple materially false and fraudulent representations, such as: (i) falsely stating and inflating the business's number of employees; (ii) misstating and inflating the business's monthly payroll; and (iii) falsely stating the number of businesses that Monroe owned or with which she was affiliated.

11. Additionally, **Monroe** prepared and submitted, and caused to be prepared and submitted, false and fraudulent EIDL loan applications to the SBA in which she made materially false and fraudulent representations, including falsely stating and inflating the business's gross revenues.

12. Additionally, **Monroe** prepared and submitted, and caused to be prepared and submitted, IRS tax documents that were purportedly filed on behalf of her individually and her businesses, including IRS Forms 940, 941 and Schedule C. In fact, the forms **Monroe** submitted to the financial institutions and the SBA had not been filed with the IRS and contained false information regarding **Monroe's** businesses and her personal income.

13. In total, **Monroe** obtained and received on behalf of companies she owned and controlled four PPP loans totaling approximately $255,730, attempted to obtain five PPP loans totaling approximately $359,400 that were not funded, and obtained and received four EIDL loans totaling approximately $146,200.

Counts One Through Nine
False Statement to a Bank
(Violations of 18 U.S.C. § 1014)

14. The allegations in Paragraphs 1 – 13 of this indictment are incorporated herein.

15. On or about the dates set forth below, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Carrie Monroe**, knowingly and willfully made and caused to be made, false statements for the purpose of influencing the actions of the financial institutions below, the deposits of which were insured by the Federal Deposit Insurance Corporation or National Credit Union Administration Board. Specifically, **Monroe** submitted and caused to be submitted to the financial institutions on behalf of entities she owned and controlled PPP loan applications that falsely stated the monthly payroll of the respective entities in order to induce the financial institutions to approve the PPP loans and maximize the amount of each loan:

| Count | Date | Business Entity | Loan Amount | Financial Institution | Funding |
|---|---|---|---|---|---|
| 1 | 5/18/20 | Carrie Monroe dba Trinity Whole Classical Care | $21,800 | Resource One Credit Union | Funded |
| 2 | 1/23/21 | Carrie Monroe dba Emergency Snack Mobile | $58,000 | First National Bank Texas | Funded |
| 3 | 2/21/21 | Boarding Homes DFW Corporation | $79,030 | Wells Fargo Bank, N.A. | Not Funded |
| 4 | 3/08/21 | Trinity Classic Care | $69,815 | Wells Fargo Bank, N.A. | Not Funded |
| 5 | 3/15/21 | Trinity Classic Care | $69,815 | Wells Fargo Bank, N.A. | Not Funded |
| 6 | 2/22/21 | Kelly Cares | $96,900 | VeraBank, N.A. | Funded |
| 7 | 4/21/21 | Boarding Homes DFW Corporation | $79,030 | Wells Fargo Bank, N.A. | Not Funded |

Indictment—Page 4

| | | | | | |
|---|---|---|---|---|---|
| 8 | 4/28/21 | Boarding Homes DFW Corporation | $79,030 | Wells Fargo Bank, N.A. | Funded |
| 9 | 5/02/21 | Trinity Whole Classical Care | $61,710 | Wells Fargo Bank, N.A. | Not Funded |

Each in violation of 18 U.S.C. § 1014.

[NOTHING FURTHER ON THIS PAGE]

Counts Ten through Fourteen
Theft of Government Money
(Violation of 18 U.S.C. § 641)

16. The allegations in Paragraphs 1 – 13 of this indictment are incorporated herein.

17. On or about the dates set forth below, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Carrie Monroe**, knowingly did steal, purloin, and convert to her use or the use of another, COVID-19 Economic Injury Disaster Loan (EIDL) Program funds administered and funded by the Small Business Administration, of a value exceeding $1,000, of the goods and property of the United States:

| Count | Date    | Business Entity                       | EIDL Amount |
|-------|---------|---------------------------------------|-------------|
| 10    | 4/21/20 | Boarding Homes DFW Corporation        | $4,000      |
| 11    | 5/19/20 | Trinity Whole Classical Care LLC      | $10,000     |
| 12    | 5/21/20 | Boarding Homes DFW Corporation        | $30,100     |
| 13    | 6/29/20 | Trinity Whole Classical Care          | $14,000     |
| 14    | 9/02/20 | Carrie Monroe dba Trinity Classic Care| $88,100     |

Each in violation of 18 U.S.C. § 641.

A TRUE BILL

_____
FOREPERSON

Indictment—Page 6

LEIGHA SIMONTON
UNITED STATES ATTORNEY


_____
DONNA STRITTMATTER MAX
Assistant United States Attorney
Texas State Bar No. 24041984
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8664
Facsimile: 214-659-8802
Email: donna.max@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CARRIE MONROE

SEALED INDICTMENT

18 U.S.C. § 1014
False Statement to a Bank
(Counts 1 - 9)

18 U.S.C. § 641
Theft of Government Money
(Counts 10 – 14)

14 Counts

A true bill rendered

-----

DALLAS                                                                FOREPERSON

Filed in open court this 27 day of August, 2024.

-----

**Warrant to be Issued**

-----

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending